UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA,**

v.

CR. # 01-818 (JAP)

**SHAWN THOMAS**

Order of Reassignment

It is on this 26TH day of February, 2015,

ORDERED that the above-entitled action is reassigned from Judge Joel A. Pisano to Judge Anne E. Thompson.

s/Jerome B. Simandle
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT