UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN THOMAS | Crim. No. 01-CR-818(GC)<br><br>**RELEASE ORDER** |

This matter having been opened to the Court by the parties for a modification of the Court's previously imposed detention order to provide for Defendant Shawn Thomas' release as set forth below now that Probation has approved his residence; and the United States is represented by Alina Habba, United States Attorney for the District of New Jersey (Alexander Ramey, Assistant U.S. Attorney, appearing), the Defendant is represented by Adam Axel, Esq., and the Defendant remains under the supervision of United States Probation; and for good cause shown:

IT IS, therefore, on this 13th day of June, 2025,

ORDERED that:

1. Mr. Thomas shall be released from the custody of the United States Marshal;
2. Mr. Thomas shall be on home detention with electronic monitoring with the ability to work at stationary employment approved by Probation;
3. All prior conditions of supervision remain in place.

HON. JUSTIN T. QUINN
United States Magistrate Judge